AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

FILED
JUL 2 5 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4-12-~~70769~~-MAG  (70679) |
| | ) | |
| Justin Cherif Pickel | ) | Charging District: District of Kansas |
| *Defendant* | ) | Charging District's Case No. 2:12-cr-20083-KHV |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, District of Kansas 500 State Avenue Kansas City, KS 66101 | Courtroom No.: 236 |
|---|---|---|
| | | Date and Time: 7/30/2012 1:30 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 7/25/12

*Judge's signature*

U.S. Magistrate Judge Kandis A. Westmore
*Printed name and title*